ROBERT G. DREHER
Acting Assistant Attorney General
JARED S. PETTINATO, MT Bar No. 7434
Trial Attorney
*Jared.Pettinato@usdoj.gov*
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0203
Fax:  (202) 353-0506
*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JAPANESE VILLAGE LLC, | ) No. 2:13-CV-00396-JAK-PLA |
| | ) *Related to* |
| Plaintiff, | ) No. 2:13-CV-00378-JAK-PLA |
| v. | ) No. 2:13-CV-00453-JAK-PLA |
| | ) |
| FEDERAL TRANSIT | ) Judge John A. Kronstadt |
| ADMINISTRATION, *et al.*, | ) |
| | ) **FEDERAL DEFENDANTS'** |
| Defendants. | ) **NOTICE OF CROSS-MOTION,** |
| | ) **CROSS-MOTION FOR** |
| | ) **SUMMARY JUDGMENT AND** |
| | ) **[PROPOSED] ORDER** |
| | ) |
| | ) Hearing Date: |
| | ) February 3, 2014 |
| | ) 10:00 a.m. |
| _____ ) | Courtroom 750 |

**NOTICE OF MOTION**

Federal Defendants hereby provide notice that they are cross-moving for summary on all of Plaintiff Japanese Village LLC's claims in its Complaint, ECF No. 1. This Court waived the requirements for Statement of Uncontroverted Facts and Conclusions of Law, and for Statements of Genuine Disputes of Material Fact. Order (Sept. 5, 2013), ECF No. 55. It set a hearing for February 3, 2014, at 10:00, and Federal Defendants are noticing the hearing on this motion for that date. *E.g.*, Order Denying Fed. Defs.' Ex Parte Application to Stay Cross-Mots. for Summ. J., ECF No. 62.

**CROSS-MOTION FOR SUMMARY JUDGMENT**

The Regional Connector Transit Corridor Project (the Regional Connector) will "*connect* the spokes of the *regional* transit system and provide a 'one-seat ride' (a trip with no transfers) from Long Beach to Pasadena, Azusa, and eventually Montclair and from East Los Angeles to Santa Monica." Record of Decision (ROD) 2, FTA Admin. R. (FTAR) 14399 (emphasis added).

Plaintiffs Today's IV, Inc. (the Bonaventure), 515/555 Flower Associates, LLC, and Japanese Village LLC contend that the Federal Transit Administration (FTA) and the Los Angeles Metropolitan Transportation Authority (Metro) violated the National Environmental Policy Act of 1969 (NEPA), 42 U.S.C. §§ 4321-4370h, and the Administrative Procedure Act (APA), 5 U.S.C. §§701-06, in approving the Regional Connector. *See generally* Compl. ¶¶ 109-133, *Today's IV*, No. 2:13-cv-378, ECF No. 59; Compl. ¶¶ 62-67, *Japanese Vill. v. FTA*, No. 2:13-cv-378, ECF No. 1; Compl. ¶¶ 75-79, *Flower Assocs. v. FTA*, No. 2:13-cv-453, ECF No. 1. Specifically, Plaintiffs contend that the FTA and Metro failed to analyze a sufficient range of alternatives and otherwise acted arbitrarily and capriciously in analyzing the environmental impacts of the Regional Connector. *See generally* Pls. Joint Mem. of P. & A. in Supp. of Mots. for Summ. J. 2, 6 (Pls.' Br.), No. 2:13-cv-378, ECF No. 83-1; No. 2:13-cv-396, ECF No. 56-1; No. 2:13-cv-453, ECF No.

1  64-1. The FTA's Administrative Record rebuts those contentions.

2  Japanese Village also alleges that the FTA violated 49 U.S.C. § 5324(b) and the
3  APA by failing to take "all reasonable steps to minimize" significant impacts from
4  the Regional Connector. Compl. ¶¶ 68-71, *Japanese Vill.*, No. 2:13-cv-378, ECF
5  No. 1.

6  Because extra-record evidence and trials are inappropriate in APA cases, courts
7  decide APA claims via summary judgment based on the administrative record the
8  agency compiles. *Fla. Power & Light Co. v. Lorion*, 470 U.S. 729, 743-44 (1985);
9  *Nw. Motorcycle Ass'n v. USDA*, 18 F.3d 1468, 1472 (9th Cir. 1994). Today's IV
10  and Flower Associates have failed to establish Article III standing to bring their
11  claims. In any event, the FTA's Administrative Record demonstrates that it and
12  Metro complied with NEPA and the APA by completing a reasonably thorough
13  analysis of the Regional Connector's environmental impacts.

14  The FTA's Administrative Record further shows that the FTA complied with 49
15  U.S.C. § 5324 because Japanese Village does not identify any significant impacts.
16  Further, it has no standing to assert claims under § 5324 because Congress has
17  repealed that statute, and this Court can award no meaningful remedy.

18  Federal Rule of Civil Procedure 56 and the APA entitle Federal Defendants to
19  summary judgment on all claims.

20  Respectfully submitted this November 6, 2013,

21              ROBERT G. DREHER
22              Acting Assistant Attorney General

23              */s/ Jared S. Pettinato*
24              JARED S. PETTINATO
              Trial Attorney
25              United States Department of Justice
26              Environment and Natural Resources
              Division
27              Natural Resources Section
              P.O. Box 7611
28              Washington, D.C. 20044-7611

FED. DEFS.' CROSS-MOT. FOR SUMM. J.
2:13-CV-396-JAK-PLA                                    - 3 -

(202) 305-0203
(202) 353-0506 (fax)
Jared.Pettinato@usdoj.gov

*Attorneys for Federal Defendants*

OF COUNSEL:

U.S. Department of Transportation
Office of the General Counsel
PAUL M. GEIER
Assistant General Counsel for Litigation
PAULA LEE
Trial Attorney
Washington, D.C.

NANCY-ELLEN ZUSMAN
Office of Chief Counsel
Federal Transit Administration
Chicago, IL

RENEE MARLER
JOONSIK MAING
Office of the Regional Counsel
Federal Transit Administration
San Francisco, CA

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed by the United States Department of Justice, Environment and Natural Resources Division, Natural Resources Section. My business address is 601 D St. NW, Washington, D.C. 20004, and my mailing address is P.O. Box 7611, Room 2121, Washington, D.C. 20044-7611.

On November 6, 2013, I served the:

**FEDERAL DEFENDANTS' NOTICE OF CROSS-MOTION CROSS-MOTION FOR SUMMARY JUDGMENT, [PROPOSED] JUDGMENT, AND RESPONSE TO PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

on each person or entity named below by electronic transmitting the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants pursuant to L.R. 5-3.3:

Robert Dale Crockett
Benjamin J. Hanelin
Latham and Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
213-485-1234
Fax: 213-891-8763
Bob.Crockett@lw.com
Benjamin.Hanelin@lw.com
*Attorneys for Japanese Village LLC*

REMY MOOSE & MANLEY LLP
Whitman F. Manley
Tiffany K. Wright
Jennifer S. Holman
Jeannie Lee
455 Capitol Mall, Suite 210
Sacramento, CA 95814
916-443-2745

FED. DEFS.' CROSS-MOT. FOR SUMM. J.
2:13-CV-396-JAK-PLA                                                                 - 5 -

916-443-9017 (fax)
TWright@rtmmlaw.com
LHarris@rtmmlaw.com
JHolman@rtmmlaw.com
JLee@rmmenvirolaw.com
*Attorneys for the Los Angeles Metropolitan Transportation Authority*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2013, at Washington, D.C.

      */s/ Jared S. Pettinato*
Jared S. Pettinato
TRIAL ATTORNEY