# EXHIBIT 2

# Alternatives Considered                                                                       Chapter 2



Figure 2-1. LRT Alignments and Stations Studied