# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAPANESE VILLAGE LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 2:13-CV-396-JAK-PLA<br><br>Related Case Nos.<br>   2:13-CV-378-JAK-PLA,<br>   2:13-CV-453-JAK-PLA<br><br>Judge John A. Kronstadt<br><br>**JUDGMENT JS-6** |

This Court ruled on the Parties' cross-motions for summary judgment. Order (May 29, 2014), ECF No. 96. It denied Plaintiff's Motion for Reconsideration. Order (Sept. 12, 2014), ECF No. 123. Accordingly, **FINAL JUDGMENT** is entered against Japanese Village LLC and in favor of the Federal Transit Administration; Peter M. Rogoff, in his official capacity; Leslie T. Rogers, in his official capacity; the United States Department of Transportation; Anthony Foxx, in his official capacity; and the Los Angeles County Metropolitan Transportation Authority on all Claims for Relief in the Complaint. ECF No. 1.

**IT IS SO ORDERED.**

DATED: October 24, 2014

_____
JOHN A. KRONSTADT
United States District Judge