CROCKETT & ASSOCIATES
  Robert D. Crockett (Bar No. 105628)
23504 Lyons Avenue, No. 401
Santa Clarita, California 91321
Telephone:  (323) 487-1101
Facsimile:  (323) 843-9711
bob@bobcrockettlaw.com

Attorneys for Plaintiff
JAPANESE VILLAGE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAPANESE VILLAGE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 2:13-CV-00396-JAK-PLA<br><br>[Related Case Nos.: 2:13-CV-00378, 2:13-CV-00453]<br><br>Judge John A. Kronstadt<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JAPANESE VILLAGE'S MOTION FOR STAY PENDING APPEAL<br><br>**Date:**<br>**Time**<br>**Courtroom:  750 – 7th Floor** |

1     Pursuant to Fed. R. Evid. 201(b), Japanese Village requests that this Court
2 take judicial notice of the following attached documents:
3 • Exhibit 1, Appellant's Opening Brief;
4 • Exhibit 2, Appellant's Reply Brief; and
5 • Exhibit 5, Order.
6 The foregoing exhibits were filed in *Japanese Village, LLC v. Fed. Transit Admin.*,
7 No. 14-56837 (9th Cir.) at Dkt Nos. 28-1, 39-1, and 55, respectively. These
8 documents are PACER-available and so are not subject to reasonable dispute.

CROCKETT & ASSOCIATES

By *[signature]* Robert D. Crockett

Attorneys for Japanese Village, LLC

4847-4044-9845, v. 1